**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-09-125-PHX-SRB (DKD) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Carlos Cernak, | ) | |
| Defendant. | ) | |

This case arises on Defendant's Motion to Continue Admit/Deny Hearing, filed on July 18, 2014. (Doc. 57)

On June 27, 2014, Defendant was arrested for allegedly violating the terms and conditions of his supervised release. On June 30, 2014, an initial appearance was held, defense counsel was appointed, and Defendant waived and submitted the detention and preliminary revocation hearing issues. (Doc. 53) Defendant was held to answer the allegations in the petition and detained as a serious flight risk. (*Id*.) An admit/deny hearing was set for July 22, 2014 at 10:30 a.m. in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before the undersigned Magistrate Judge.

Defendant filed the subject motion, requesting a continuance for an unspecified period because the "Government has just advised that a new charge is pending filing . . . [and c]ounsel for Defendant needs the opportunity to explore the possibility of resolving the issues on a consolidation basis which may well be in the Defendant's [best] interest." (Doc.

57 at 1) Defense counsel represents that "[A]ssistant United States Attorney, Frederick Battista, does not oppose this Motion." (*Id.*)

Federal Rule of Criminal Procedure 32.1(b)(2) mandates that a district court "must hold the revocation hearing *within a reasonable time* in the district having jurisdiction." (emphasis added). Rule 32.1(b)(2), Fed.R.Crim.P., however, does not address what constitutes a "reasonable time" or establish the legal standard to authorize a continuance once an admit/deny or revocation hearing has been set.

Because Defendant himself is requesting the continuance; there have been no prior continuances of Defendant's admit/deny or revocation hearing; the Government has no objection to the continuance request; and it is the best interests of the public, Defendant, and the fair and efficient administration of justice to grant a hearing continuance, which may result in the resolution of two cases at one time, good cause exists to grant the continuance request.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Continue Admit/Deny Hearing, doc. 57, is **GRANTED**.

**IT IS FURTHER ORDERED** that the July 22, 2014 admit/deny hearing is hereby **VACATED** and reset to **Tuesday, August 26, 2014** at **10:00 a.m.** before the undersigned Magistrate Judge in Courtroom 302.

Dated this 21st day of July, 2014.

Lawrence O. Anderson
United States Magistrate Judge